# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, NATIONAL STABILIZATION AGREEMENT OF THE SHEET METAL INDUSTRY TRUST FUND, ET AL, | |
| Plaintiffs, | |
| -v- | Civil Action No. 1:12-cv-651 |
| J AND R INSTALLATIONS INC., D/B/A J & R INSTALLATIONS INC., | |
| Defendant. | |

## ORDER

Before the Court is the Report and Recommendation (Dkt. No. 11) of the Magistrate Judge dated January 10, 2013, recommending entry of a default judgment in favor of Plaintiffs against Defendant J and R Installations in the amount of $22,475.79. The Defendant has not objected to the Report and Recommendation.

This Court conducted a *de novo* review of the record in this case and adopts and incorporates the recommendations of the Magistrate Judge. Therefore it is hereby **ORDERED**:

1. Judgment is entered against Defendant in the amount of $22,475.79, plus interest accruing from January 10, 2013 at a rate of 12% annually.

2. Defendant is enjoined from further violating the terms of its collective bargaining agreements with Plaintiffs.

3. Defendant is ordered to submit timely remittance reports and contributions to Plaintiffs.

February 6, 2013
Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge