## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

BOARD OF TRUSTEES, NATIONAL
STABILIZATION AGREEMENT OF THE SHEET
METAL INDUSTRY TRUST FUND, ET AL,

           Plaintiffs,

        -v-

J AND R INSTALLATIONS INC., D/B/A J & R
INSTALLATIONS INC.,

           Defendant.

Civil Action No. 1:12-cv-651

## ORDER

Before the Court is the Report and Recommendation (Dkt. No. 11) of the Magistrate

Judge dated January 10, 2013, recommending entry of a default judgment in favor of Plaintiffs

against Defendant J and R Installations in the amount of $22,475.79. The Defendant has not

objected to the Report and Recommendation.

This Court conducted a *de novo* review of the record in this case and adopts and

incorporates the recommendations of the Magistrate Judge. Therefore it is hereby **ORDERED**:

1. Judgment is entered against Defendant in the amount of $22,475.79, plus interest

    accruing from January 10, 2013 at a rate of 12% annually.

2. Defendant is enjoined from further violating the terms of its collective bargaining

    agreements with Plaintiffs.

3. Defendant is ordered to submit timely remittance reports and contributions to Plaintiffs.

February 6 , 2013
Alexandria, Virginia

                          /s/
                        Liam O'Grady
                        United States District Judge